# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **JIMMIE LEE ANDERSON,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **JAMES DELOACH, WARDEN,** ) <br> **and THE ATTORNEY GENERAL** ) <br> **OF STATE OF ALABAMA,** ) <br> ) <br> Respondents. ) | **Civil Action No. CV 04-S-711-NE** |

## FINAL JUDGMENT

On February 9, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. After obtaining an extension of time, petitioner filed objections to the magistrate judge's report and recommendation on March 14, 2005.[1]

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

---

[1] Under the "mailbox rule" enunciated in *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2397, 101 L.Ed.2d 245 (1988), the date the petition is signed and submitted for mailing by the inmate is the effective date of filing.

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DENIED.

DONE this 7th day of April, 2005.

```
                                            _____
                                            United States District Judge
```